**DISTRICT COURT OF MARYLAND FOR BALTIMORE COUNTY** 

900 WALKER AVENUE, CATONSVILLE, MD  21228

Case No. 0804SP071872012
Date: 11/27/2012 2:28 p.m.

## RANJITH KEERIKKATTIL   vs   SOUTRY DE
### TEMPORARY PEACE ORDER

After the appearance of the PETITIONER, and

A. Considering the petition and evidence, the Court finds reasonable grounds to believe that Respondent:

1. Has committed the following act(s) against Petitioner within 30 days before the filing of the Petition:
   Harassment

**Based on the foregoing, the Court hereby ORDERS:**

1. That the Respondent SHALL NOT commit or threaten to commit any of the following acts against Petitioner: an act which causes serious bodily harm; an act that places the Petitioner in fear of imminent serious bodily harm; assault; rape, attempted rape, sexual offense, or attempted sexual offense; false imprisonment; harassment; stalking; trespass; or malicious destruction of property.

2. That the Respondent SHALL NOT contact (in person, by telephone, in writing, or by any other means), attempt to contact, or harass the Petitioner.

3. That the Respondent SHALL NOT enter the residence of PETITIONER.
   (Residence includes yard, grounds, outbuildings, and common areas surrounding the dwelling.)

4. That the Respondent SHALL STAY AWAY from:

   The Petitioner's place(s) of employment at:
   GENERAL DYNAMICS

5. This Order supersedes and overrides any previously entered Interim Peace Order issued by a Commissioner.

THAT A FINAL PEACE ORDER HEARING SHALL BE HELD ON December 3, 2012 AT 09:00AM AT DISTRICT COURT AT 900 WALKER AVENUE, CATONSVILLE, MD  21228 IN ROOM 01.
NOTICE TO ALL PARTIES: Please bring all photos, documents and other evidence that you may have with you to court on your hearing date.

Date:  11/27/2012

JUDGE MARSHA RUSSELL