IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

RANJITH KEERIKKATTIL,       *

    Plaintiff,       *

v.       *       Civil Action No.: WMN 13 CV 2016

FREEMAN HRABOWSKI, et al.,       *

           *

    Defendants.

           *

\*   \*   \*   \*   oooOooo   \*   \*   \*   \*

## PLAINTIFF'S NOTICE OF MOTION FOR ISSUANCE OF PRELIMINARY INJUNCTION

Plaintiff, hereby moves the Court to issue a preliminary injunction against the Defendants and UMBC. For the reasons set forth in the attached memorandum of law and accompanying exhibits, Plaintiff seeks injunctive relief (1) to require UMBC to remove the judicial hold on his account and enable him to register for classes, (2) to require UMBC to remove the campus ban against him, and (3) to remove the "Disciplinary Suspension" notation from his transcript so that it does not harm his current and future employment opportunities.

WHEREFORE Plaintiff respectfully requests that the Court grant his Motion for Preliminary Injunction and order UMBC to comply with them. To the extent that Defendants dispute the factual allegations of Plaintiff in this motion, Plaintiff requests an opportunity to present evidence at a hearing.

Respectfully submitted,

Ranjith Keerikkattil
Plaintiff, pro se
4707 Grand Bend Drive
Catonsville, MD 21228
Telephone: (443) 690-1031
rkeerikkattil@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of July, 2013, a copy of the Complaint, Plaintiff's Notice of Motion for Issuance of Preliminary Injunction, the Memorandum in support thereof and accompanying exhibits were served by certified mail and electronic mail to:

> Katherine Bainbridge, Esq.
> Deputy Counsel for Litigation
> Educational Affairs Div. Higher Education
> Office of the Attorney General
> 200 St. Paul Place
> Baltimore, Maryland 21202-2021
> Kbainbridge@oag.state.md.us

> Soutry De
> 334 N. Beaumont Avenue
> Catonsville, MD 21228
> sde1@umbc.edu

2