

UNITED STATES DEPARTMENT OF EDUCATION
OFFICE FOR CIVIL RIGHTS

THE WANAMAKER BUILDING, SUITE 515
100 PENN SQUARE EAST
PHILADELPHIA, PA 19107-3323

REGION III
DELAWARE
KENTUCKY
MARYLAND
PENNSYLVANIA
WEST VIRGINIA

July 22, 2013

**IN RESPONSE, PLEASE REFER TO: 03132046**

Mr. Ranjith Keerikkattil
4707 Grand Bend Drive
Baltimore, MD 21228

Dear Mr. Keerikkattil:

This letter refers to the complaint you filed with the U.S. Department of Education, Office for Civil Rights (OCR), against the University of Maryland – Baltimore County (the University). You alleged that the University discriminated against you on the basis of sex. Specifically, you alleged that the University failed to provide you with a fair hearing on December 12, 2012.

We are closing your complaint for the following reasons. Under OCR procedures, we will administratively close a complaint if the same allegations have been filed by the Complainant against the same recipient with a state or federal court. On July 12, 2013, you filed a lawsuit containing the same allegations with the United States District Court for the District of Maryland (Northern Division). Please be advised that an OCR complaint may be refiled within 60 days following termination of the court proceeding if there has been no decision on the merits or settlement of the complaint allegations. Dismissal with prejudice is considered a decision on the merits.

Federal regulations prohibit recipients of Federal financial assistance from taking actions which intimidate, threaten, coerce, or discriminate against individuals who exercise their statutory rights, or because they filed a complaint or are taking part in the complaint resolution process.

Under the Freedom of Information Act, it may be necessary to release this document and related correspondence and records upon request. If OCR receives such a request, we will seek to protect, to the extent provided by law, personal information that, if released, could constitute an unwarranted invasion of privacy.

We regret that we were unable to assist you in this matter. If you have any questions, please contact Linda Thomas at 215-656-8553 or by email at Linda.Thomas@ed.gov.

Sincerely,

Amy Niedzalkoski
Acting Team Leader

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

www.ed.gov