IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RANJITH KEERIKKATTIL, | |
| Plaintiff, | |
| v. | Civil Action No.: WMN-13-02016 |
| FREEMAN A. HRABOWSKI, et al., | |
| Defendants. | |

\* \* \* \* ooo0ooo \* \* \* \*

## PLAINTIFF'S MOTION TO STRIKE DEFENDANT SOUTRY DE'S AFFIRMATIVE DEFENSES

Plaintiff, Ranjith Keerikkattil, hereby submits his Motion to Strike Defendant Soutry De's Affirmative Defenses pursuant to Fed. R. Civ. P. 12(f). The grounds and authorities for this motion are set forth in the supporting memorandum, and a proposed order is filed with this motion.

WHEREFORE, Plaintiff, Ranjith Keerikkattil requests that the Court grant his Motion to Strike Defendant Soutry De's Affirmative Defenses.

Respectfully submitted,

_____

Ranjith Keerikkattil
4707 Grand Bend Drive
Catonsville, MD 21228
Telephone: (443) 690-1031
rkeerikkattil@gmail.com

*Plaintiff, pro se*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of August, 2013, a copy of the Plaintiff's Motion to Strike Defendant Soutry De's Affirmative Defenses and the memorandum in support thereof were served by U.S. Mail and electronic mail to:

Soutry De
334 N. Beaumont Avenue
Catonsville, MD 21228
sde1@umbc.edu


_____