```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

```
RANJITH KEERIKKATTIL           *
                               *
v.                             *    Civil Action No. WMN-13-2016
                               *
FREEMAN A. HRABOWSKI et al.    *
                               *
  *   *   *   *   *   *   *   *   *   *   *   *   *   *   *
```

**ORDER**

In accordance with the foregoing Memorandum and for the reasons stated therein, it is this 23rd day of September, 2013, by the United States District Court for the District of Maryland ORDERED that:

1. Defendants' Motion to Dismiss, ECF No. 6, is GRANTED in part and DENIED in part in that the motion is:

    a. DENIED as to Count II against Defendants Jeffrey E. Cullen and Paul Dillon in their individual capacities;

    b. DENIED as to Count II against Defendants Jeffrey E. Cullen and Paul Dillon in their official capacities to the extent that Plaintiff seeks prospective injunctive relief only;

    c. GRANTED as to all other Counts and Defendants Freeman A. Hrabowski, Nancy L. Young, William E. Kirwan, and the Board of Regents of the University System of Maryland;

1

2. Plaintiff's Motion for a Preliminary Injunction, ECF No. 2, is DENIED;

3. Plaintiff's Motion to Strike Defendant Soutry De's Affirmative Defenses, ECF No. 18, is GRANTED; and

4. The Clerk of the Court shall mail or transmit a copy of the foregoing Memorandum and this Order to Defendant Soutry De, Plaintiff, and all counsel of record.

                                                   /s/
                                    William M. Nickerson
                                    Senior United States District Judge