IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RANJITH KEERIKKATTIL         *

    *Plaintiff,*                *

vs.                          *    Civil No. 1:13-cv-02016-WMN

FREEMAN A. HRABOWSKI,        *
*et al.*
                             *

    *Defendants.*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT SOUTRY DE

Plaintiff, Ranjith Keerikkattil dismisses all his claims against Defendant Soutry De with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii). Each party shall bear his or her own costs. Defendant Soutry De has not filed a counterclaim and has entered into a mutual release agreement prohibiting her from filing any such counterclaim.

Dated: October 22, 2013          Respectfully Submitted,

                                                                                                                                /s/ Ranjith

Ranjith Keerikkattil
4707 Grand Bend Drive
Catonsville, Maryland 21228
*Plaintiff, pro se*

" APPROVED " THIS 24th DAY
OF October, 2013

SENIOR UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
E. DAVID HOSKINS
16 E. LOMBARD ST.
SUITE 400
BALTIMORE, MD 21202
410-662-6500