# EXHIBIT A

IN THE CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND

RANJITH KEERIKKATTIL

PLAINTIFF

VS.                                         CASE NO.: 03-C-12-012547

SOUTRY DE

RESPONDENT

OFFICIAL TRANSCRIPT OF PROCEEDINGS

CIVIL NON-JURY TRIAL

VOLUME I OF I

January 15, 2013

BEFORE:

The Honorable Kathleen Cox, presiding

APPEARANCES:

For the Plaintiff:

RANJITH KEERIKKATTIL, PRO SE

For the Respondent:

JESSICA POWERS-HEAVEN, ESQUIRE

Transcribed from Recording by:

Valerie Zemanek

20903 Gunpowder Road

Millers, Maryland  21102

(410) 239-0994

# TABLE OF CONTENTS
## VOLUME I

|  |  |  |  | Page |
|---|---|---|---|---|
| Motion to Deny Peace Order |  |  |  | 4 |
| WITNESSES: | DIRECT: | CROSS: | REDIRECT: | RECROSS: |
| For the Plaintiff: |  |  |  |  |
| Ranjith Keerikkattil | 5 | 16 |  |  |
| Motion for Judgment |  |  |  | 24 |
| WITNESSES: | DIRECT: | CROSS: | REDIRECT: | RECROSS: |
| For the Respondent: |  |  |  |  |
| Major Dillon | 25 | 31 |  |  |
| Soutry De | 42 | 47 | 53 |  |
| EXHIBITS: |  | IDENTIFICATION: |  | EVIDENCE: |
| For the Plaintiff: |  |  |  |  |
| Exhibit No. 1 |  | 13 |  |  |
| (Email) |  |  |  |  |
| For the Respondent: |  |  |  |  |
| Exhibit No. 1 |  | 45 |  | 46 |
| (June 8, 2012 Email) |  |  |  |  |

Closing Argument:
- By Mr. Keerikkattil — 54
- By Ms. Powers-Heaven — 55
- Rebuttal by Mr. Keerikkattil — 56

Ruling

1   Q: Nothing specific. Okay. Fine.

2   So in, Ms. De made a complaint that I think like she said that I'd
3   been harassing, or stalking, or however you contend it to be. What investigation
4   did you do on the basis of her complaint?

5   A: On the basis of her complaint?

6   Q: Yes.

7   A: We interviewed her and then we sent a ban letter to you.

8   Q: That's all you did; right?

9   A: That's correct.

10  Q: So didn't you go and investigate like, if I, if I'm correct the library
11  has surveillance recordings; right?

12  A: The library has what sir?

13  Q: Surveillance cameras like, CCTV cameras like.

14  A: I believe they have an internal CCTV system; correct.

15  Q: So, so this was reported on October 1st if I'm correct; right?

16  A: That's correct.

17  Q: Did you verify with the CCTV recordings in the library to ensure
18  that what Ms. De claimed was accurate or not?

19  A: No.

20  Q: Okay. Well so typically when someone reports a crime like this do
21  you check, like let's say a, a theft or a sexual assault at library, would you
22  check the CCTV cameras?

23  A: CCT cameras are used in investigations; correct.

24  Q: Exactly. So my point is basically, and multiple times I raised this
25  thing, even during the October 9th hearing, as well as on November 1st, but he

1   THE COURT: -- you can't just argue with him back and forth.

2   MR. KEERIKKATTIL: Yeah, of course.

3   THE COURT: You can ask questions, and present evidence, and
4 then I decide.

5   MR. KEERIKKATTIL: Yeah, of course, yeah.

6 **BY MR. KEERIKKATTIL:**

7   Q:   On the hearing on December 12, at, towards the end of the hearing
8 you specifically said to the hearing board that you were initially looking for a
9 six month suspension, but after hearing my testimony that you wanted an
10 indefinite ban and a, a indefinite suspension from campus; do you disagree with
11 that fact?

12   A:   I do not disagree with that fact.

13   Q:   Right. So, so basically that shows that you had an intent to ban me
14 from campus from the beginning.

15   THE COURT: Sir, that's not a question.

16   MR. KEERIKKATTIL: Okay.

17 **BY MR. KEERIKKATTIL:**

18   Q:   On the case reported here, this is actually a, an officer's police
19 report. In this it specifically said that the latest time such an incident happened
20 was on 29th of September at 3:00, 3:00 p.m.; do you agree with the fact?

21   A:   I'd have to look at it sir.

22   MS. POWERS-HEAVEN: May I see that please?

23   A:   Could you ask the question again sir?

24   Q:   According to your own police report, or your officer's police
25 report, it basically says that the last incident was on September 29th at 3:00 p.m.

CERTIFICATE OF TRANSCRIBER

I hereby certify that the proceedings in the matter of Ranjith Keerikkattil vs. Soutry De, Case No.: 03-C-12-012547, heard in the Circuit Court for Baltimore County, Maryland, on January 15, 2013, was recorded by means of audiotape.

I further certify that, to the best of my knowledge and belief, page numbers 1 through 58 constitute a complete and accurate transcript of the proceedings as transcribed by me.

I further certify that I am neither a relative to nor an employee of any attorney or party herein, and that I have no interest in the outcome of this case.

In witness whereof, I have affixed my signature this 13th day of February, 2013.

_____
Valerie Zemanek
Transcriber