IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RANJITH KEERIKKATTIL            *

    *Plaintiff,*                *

v.                              *   Civil Action No. WMN-13-02016

FREEMAN A. HRABOWSKI, *et al.*  *
    *Defendants.*
                                     *

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of the motion to withdraw Katherine D. Bainbridge as counsel for the Defendants, it is this 17th day of December, 2013, ORDERED that the appearance of Katherine D. Bainbridge is hereby WITHDRAWN and that Assistant Attorney General Bradley Neitzel remains as counsel for the Defendants.

_____
JUDGE