# Exhibit

# 3

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | | |
|---|---|---|
| Ranjith Keerikkattil | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No.   13-CV-02016 WMN |
| Freeman A. Hrabowski, et al. | ) | |
| _Defendant_ | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   Custodian of Records, c/o Miriam Milsom, Executive Director of Human Resources, The Community College of
Baltimore County, Building AF, Rm. 104, 800 South Rolling Road, Catonsville, MD 21228

_(Name of person to whom this subpoena is directed)_

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following
documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the
material: See Attachment A

| Place: 4707 Grand Bend Drive, Catonsville, MD, 21228 | Date and Time: |
|---|---|
| | 02/07/2014 4:00 pm |

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or
other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party
may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance;
Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to
respond to this subpoena and the potential consequences of not doing so.

Date:   1/7/14

CLERK OF COURT

_____           OR          _____
_Signature of Clerk or Deputy Clerk_                              _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_   Ranjith Keerikkattil
_____ , who issues or requests this subpoena, are:

Ranjith Keerikkattil, 4707 Grand Bend Drive, Catonsville, MD, 21228; 443-690-1031; rkeerikkattil@gmail.com

**Notice to the person who issues or requests this subpoena**

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom
it is directed. Fed. R. Civ. P. 45(a)(4).

**Attachment A**

1. Please provide any and all records in your custody, possession or control which are set forth below, for the period from 2012 to present, relating to Soutry De, Date of Birth: ▮▮▮▮▮▮▮:
The records are to include, but not be limited to:
A. Documents and Records relating to her employment at CCBC Student Success Center including her employment application;
B. Documents and Records relating to pre-employment background checks performed on her;
C. All complaints/allegations of misconduct against her including but not limited to improper sexual relations with CCBC students and faculty;
D. Documents and Records relating to any disciplinary actions taken against her;
E. Documents and Records relating to any internal/external investigations against her;
F. Any and all contact information for Soutry De and
G. Any records of any communication by or relating to Soutry De, in any form, including computer "logs" or "notes".