# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

RANJITH KEERIKKATTIL

*Plaintiff,*

v.

Action No. WMN-13-02016

FREEMAN A. HRABOWSKI, *et al.*
*Defendants.*

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S MOTION TO QUASH SUBPOENAS

NOW COMES Plaintiff, Ranjith Keerikkattil, pursuant to Fed. R. Civ. Proc. 45(d)(3) moves for an order quashing the subpoena served by Defendants Jeffrey E. Cullen and Paul Dillon on The Community College of Baltimore County, University of Maryland Baltimore County, Towson University and General Dynamics Corporation. Plaintiff certifies that he conferred with Defendants' Counsel on January 10, 2014 via phone and e-mail but was unable to resolve the dispute without court action[1].

As detailed in the accompanying Memorandum of Law, which is incorporated herein by reference, these subpoenas seek private and confidential information about the Plaintiff which are completely irrelevant to the standing claims against Defendants Cullen and Dillon nor likely lead to the discovery of any admissible evidence.

---

1 Exhibit 5 attached to Memorandum of Law

WHEREFORE, Plaintiff requests that the Court issue an order quashing the subpoenas served by the Defendants on The Community College of Baltimore County, University of Maryland Baltimore County, Towson University and General Dynamics Corporation.

Respectfully submitted,

Ranjith Keerikkattil
4707 Grand Bend Drive
Catonsville, MD 21228
443-690-1031 (tel.)
rkeerikkattil@gmail.com

*Plaintiff, pro se*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of January, 2014, a copy of the foregoing was served by first class mail and electronic mail to:

Erik J. Delfosse
Assistant Attorney General
Office of the Attorney General
200 St. Paul Place, 17th Fl.
Baltimore, Maryland 21202-2021
edelfosse@oag.state.md.us