**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| CHAMBERS OF<br>STEPHANIE A. GALLAGHER<br>UNITED STATES MAGISTRATE JUDGE | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-7780<br>Fax (410) 962-1812 |

January 31, 2014

LETTER TO COUNSEL:

RE: *Ranjith Keerikkattil v. Freeman A. Hrabowski, et al.*;  Civil No.  WMN-13-2016

Dear Counsel:

The Court is in receipt of non-party Soutry De's January 30, 2014 letter in which she requests a temporary protective order directing all third-parties to whom subpoenas are addressed to withhold the production of documents until the Court rules on the pending motions to quash. ECF No. 50.  This Court cannot construe Ms. De's letter as a Motion for a Protective Order because it does not comply with the Federal Rules of Civil Procedure and Local Rules of this Court.  Pursuant to Rule 26(c)(1), a party moving for a protective order must "include a certification that the movant has in good faith conferred or attempted to confer with other affected parties in an effort to resolve the dispute without court action." Fed. R. Civ. P. 26(c)(1). The Local Rules of this Court further require counsel to confer with one another concerning a discovery dispute, before requesting court intervention.  *See* Local Rule 104.7 (D. Md. 2011). The Court therefore cannot consider Ms. De's request until the appropriate certifications are filed.

Sincerely yours,

/s/

Stephanie A. Gallagher
United States Magistrate Judge

cc:  Judge William M. Nickerson