## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

RANJITH KEERIKKATTIL                          *

    *Plaintiff,*                              *

v.                                            *     Civil Action No. WMN-13-02016

FREEMAN A. HRABOWSKI, *et al.*                *
    *Defendants.*
                     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the Defendants' Consent Motion For Modification Of The Scheduling Order, it is this 6th day of February, 2014,

ORDERED that the October 8, 2013 Scheduling Order be Modified as follows:

    a. April 20, 2014: Discovery deadline; submission of status report;

    b. April 27, 2014: Requests for admission:

    c. May 24, 2014: Dispositive pretrial motions deadline; and

    d. Both parties shall limit the total number of Requests for Admissions to 30 as per LR 104.1 and will serve on the other party on or before March 27, 2014

JUDGE *Stephanie A. Gallagher, USMJ*