IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RANJITH KEERIKKATTIL           *

    *Plaintiff,*            *

v.                             *   Civil Action No. WMN-13-02016

FREEMAN A. HRABOWSKI, *et al.* *
    *Defendants.*
                                  *

*   *   *   *   *   *   *   *   *   *   *   *   *   *

## DEFENDANTS' STATUS REPORT

Pursuant to the Court's Order of October 8, and its amended order dated February 6, 2014, Defendant submits the following status report:

## DEFENDANTS' STATEMENT

1. Plaintiff has completed discovery and there are no outstanding discovery requests propounded by Defendants for Plaintiffs to fulfill.

2. Defendant has substantially completed discovery but there are two outstanding discovery requests from Plaintiff to Defendant:

    a. Plaintiff's March 13, 2013 Request for Supplementation of Defendants' Second Set of Interrogatories. Said supplementation is expected to be completed and forwarded to Plaintiff no later than, Friday, May 2, 2014.

    b. Plaintiff's request for an updated and complete Privilege Log dated March 26, 2014. The updated and completed Privilege Log is expected to be provided no later than Friday, May 2, 2014.

3. Defendants intend to file a Motion For Summary Judgment by May 24, 2014.

4. Plaintiff has requested a jury trial and would expect such a trial to take two days.

5. On October 18, 2013, Plaintiff made an offer of settlement which was rejected by Defendants. No further settlement discussions have taken place.

6. Defendants do not believe settlement/ADR conference would be beneficial at this point.

7. Pursuant to 28 U.S. C. § 636©, Defendants consent to have a U.S. Magistrate Judge conduct all further proceedings in this case.

Respectfully submitted,

DOUGLAS F. GANSLER
Attorney General of Maryland

____/s/_____
ERIK J. DELFOSSE
FEDERAL BAR NO. 18881
Assistant Attorney General
Office of the Attorney General
200 St. Paul Place, 17th Floor
Baltimore, Maryland  21202-2021
(410) 576-6412
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of April, 2014, a copy of the Defendants' Status Report was served via e-mail, pursuant to Fed. R. Civ. 5(b)(2)(E), and by regular mail to: Ranjith Keerikkattil, 4707 Grand Bend Drive, Catonsville, MD 21228, *Pro Se Plaintiff.*

/s/
Erik J. Delfosse

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RANJITH KEERIKKATTIL | * | |
| *Plaintiff,* | * | |
| v. | * | Civil Action No. WMN-13-02016 |
| FREEMAN A. HRABOWSKI, *et al.* | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of the Defendants' Consent Motion For Modification Of The Scheduling Order, it is this \_\_\_\_\_ day of _____, 2014,

ORDERED that the October 8, 2013 Scheduling Order be Modified as follows:

a. April 20, 2014: Discovery deadline; submission of status report;

b. April 27, 2014: Requests for admission:

c. May 24, 2014: Dispositive pretrial motions deadline; and

d. Both parties shall limit the total number of Requests for Admissions to 30 as per LR 104.1 and will serve on the other party on or before March 27, 2014

_____
JUDGE