UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
FACSIMILE (410) 962-2577

May 7, 2014

To Ranjith Keerikkattil, pro se plaintiff and
all defense counsel of record

Re: <u>Ranjith Keerikkattil v. Freeman A. Hrabowski, et al.</u>
Case No. WMN-13-2016

Dear Mr. Keerikkattil and Counsel:

    Thank you for your recent status reports. I would like to hold a telephone scheduling conference, to be initiated by counsel for Defendants Paul Dillon and Jeffrey Cullen, on Wednesday, May 14 at 10:00, for the purpose of setting a trial date. If you have a conflict with this date, please inform my chambers at your earliest convenience.

    Notwithstanding the informal nature of this correspondence, it is an order of the Court and will be docketed as such.

    Sincerely,

    /s/
William M. Nickerson
Senior United States District Judge

cc: Court File