**Exhibit 1**

# Privilege Log

*Kerrikkattil v. Hrabowski, et al.*
USDC
Case No.: WMN-13-02016
As of April 21, 2014

| Bates Numbers | Document Description | From | To | CC: | Reason For Privilege |
|---|---|---|---|---|---|
| DEF 126 | Email | David Gleason | Paul Dillon | | Attorney Client Privilege |
| DEF 127 | Email | David Gleason | Paul Dillon | | Attorney Client Privilege |
| DEF 522 | Email | Ginny Kellman | Christopher Tkacik | | Attorney Client Privilege |
| DEF 526 | Email | Christopher Tkacik | Ginny Kellman, Jeff Cullen, Student Judicial Program | | Attorney Client Privilege |
| DEF 538 - 545 | Email | Jeff Cullen | Christopher Tkacik | David Gleason, Nancy Young | Attorney Client Privilege |
| DEF 759 | Email | Christopher Tkacik | Jeff Cullen | Ginny Kellman | Attorney Client Privilege |
| DEF 871 - 878 | Email | Jeff Cullen | Christopher Tkacik | David Gleason, Nancy Young | Attorney Client Privilege |
| DEF 1107 | Email | Christopher Tkacik | Jeff Cullen | Ginny Kellman | Attorney Client Privilege |
| DEF 1130 | Email | Jeff Cullen | Davonya Hall | | Attorney Client Privilege |
| DEF 1132 | Email | Davonya Hall | Ranjith Keerikkattil | | Attorney Client Privilege |
| DEF 1133 | Email | Jack Suess | Davonya Hall, Christopher Tkacik | | Attorney Client Privilege |
| DEF 1133 - 1134 | Email | Christopher Tkacik | Jack Suess, Davonya Hall | | Attorney Client Privilege |
| DEF 1167 - 1170 | Email | Jeff Cullen | Christopher Tkacik | | Attorney Client Privilege |
| DEF 1180 - 1197 | Email | Susan Mcguire | Christopher Tkacik | | Attorney Client Privilege |
| DEF 1202 - 1205 | Email | Christopher Tkacik | Kim Leisey, Nancy Young, Paul Dillon, Jeff Cullen | | Attorney Client Privilege |
| DEF 1268 - 1270 | Email | Christopher Tkacik | Paul Dillon | | Attorney Client Privilege |

Case 1:13-cv-02016-WMN   Document 62-2   Filed 05/19/14   Page 3 of 6

| | | | | | |
|---|---|---|---|---|---|
| DEF 1513-1592 | Sanction letters to Students | Jeff Cullen, Davonya Hall | Students | | FERPA |
| DEF 1593-1596 | Chart of Student Misconduct | | | | FERPA |
| DEF 1597-1599 | Email | Jeff Cullen | Nancy Young | Kim Leisey | FERPA |
| DEF 1600-1707 | Paul Dillon phone Records | | | | Beyond scope |
| DEF 1708-1709 | Email | Kim Leisey | Student | | FERPA |
| DEF 1710 | Email | Paul Dillon | Student | | FERPA |
| DEF 1712 | Email | Paul Dillon | Student | | FERPA |
| DEF 1714 | Email | Paul Dillon | Student | | FERPA |
| DEF 1719 | Email re: Student Advisory Board | Paul Dillon; Kim Leisey | Students | | FERPA |
| DEF 1721 | Email re: Student Advisory Board | Paul Dillon; Kim Leisey | Students | | FERPA |
| DEF 1723 | Email re: Student Advisory Board | Paul Dillon; Kim Leisey | Students | | FERPA |
| DEF 1759 | Email re: Student Advisory Board | Paul Dillon; Kim Leisey | Students | | FERPA |
| DEF 1761 | Email re: Student Advisory Board | Paul Dillon; Kim Leisey | Students | | FERPA |
| DEF 1762-1763 | Email re: Student Advisory Board | Paul Dillon; Kim Leisey | Students | | FERPA |
| DEF 1766-1767 | Email re: Student Advisory Board | Paul Dillon; Kim Leisey | Students | | FERPA |
| DEF 1770-1771 | Email re: Student Advisory Board | Paul Dillon; Kim Leisey | Students | | FERPA |
| DEF 1775 | Email re: Student Advisory Board | Paul Dillon; Kim Leisey | Students | | FERPA |

| | | | | | |
|---|---|---|---|---|---|
| DEF 1784 | Email re: Student Advisory Board | Paul Dillon; Kim Leisey | Students | | FERPA |
| DEF 1989 | Student Advocate List | | | | FERPA |
| DEF 1991 | Student Advocate Small Group Meeting Outline | | | | FERPA |
| DEF 1992-2008 | UMBC Student Incident Reports | | | | FERPA |
| DEF 2009 | Letter | Jeff Cullen | Student | | FERPA |
| DEF 2010 | De/Keerikkattil Police Report | | | | FERPA |
| DEF 2015-2017 | UMBC Full CAD Police Reports | | | | FERPA |
| DEF 2018-2163 | Sanction letters | Jeff Cullen | Students | | FERPA |
| DEF 2164-2167 | Rule 2 Ltr (2006) | | | | Beyond Scope |
| DEF 2168-2194 | Sanction Letters | Jeff Cullen | Students | | FERPA |
| DEF 2197-2206 | Sanction Letters | Jeff Cullen | Students | | FERPA |
| DEF 2207 | Email | Kim Leisey | Student | | FERPA |
| DEF 2208-2209 | Sanction Letters | Jeff Cullen | Students | | FERPA |
| DEF 2949 | Paul Dillon Resume | | | | Beyond scope |
| DEF 2954-2983 | Student Hearing Board Applications | | | | FERPA |



Ranjith Keerikkattil <rkeerikkattil@gmail.com>

# privilege log issues

**Delfosse, Erik** <edelfosse@oag.state.md.us>　　　　　　　　　　　Sun, May 4, 2014 at 1:53 AM
To: Ranjith Keerikkattil <rkeerikkattil@gmail.com>
Cc: pdillon <pdillon@umbc.edu>, Jeff Cullen <jcullen@umbc.edu>, "Dodge, Maria" <mdodge@oag.state.md.us>, David Gleason <gleason@umbc.edu>

Dear Mr. Keerikkattil,

I am getting back to you as previously indicated.

Attached is the updated privilege log. I have reviewed it and believe certain corrections, additional disclosures and explanations are necessary.

1. DEF 000126-127: The documents are mislabeled on the privilege list and will be produced.

2. DEF 000130: This document will be produced in redacted form as it contains unprivileged documents. The redacted portion will be withheld under the attorney client privilege.

3. DEF 000132: This document was an email chain produced in redacted form and all redactions were made subject to the attorney client privilege.

For all documents withheld pursuant to the attorney/client privilege, the documents contain communications from one or more individuals within UMBC's general counsel's office to employees of UMBC or the Board of Regents and contain advice on matters and facts relating to this case.

In addition to the above, certain documentation was withheld because it exceeded the scope of the agreed upon discovery:

1. DEF 001600-1707, 002949: The personal identifying information of Mr. Dillon's phone records and resume was redacted as beyond the scope of the agreed upon discovery.

2. DEF 02164-2167: This document is a Rule 2 letter from 2006 that is beyond the scope of the scope of the agreed upon discovery.

All documents being withheld pursuant to FERPA contain personally identifying information and is being withheld pursuant to the discretion set forth in the statute. For the documents in question, the withholding is either mandatory or permissive under that statute.

*Erik James Delfosse*

*Senior Counsel, Litigation*

Educational Affairs Division

Office of the Attorney General

200 St. Paul Place; 17th Floor

Baltimore, Maryland 21202-2021

(410) 576-6412

---

**Privilege Log Complete.docx**
18K