**Exhibit 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RANJITH KEERIKKATTIL             *

    *Plaintiff*,                            *

v.                                             *   Civil Action No. WMN-13-02016

FREEMAN A. HRABOWSKI, *et al.*   *
    *Defendants.*
                                                                                                        *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## AFFIDAVIT OF RANJITH KEERIKKATTIL

State of Maryland, County of Baltimore, ss:

Now comes Ranjith Keerikkattil, who being first cautioned and sworn deposes and states as follows:

1. I am competent to testify as to the facts set forth in this affidavit, and I have personal knowledge of the facts in this affidavit.

2. I had filed a Motion to Compel (ECF 62) with the U.S. District Court for the District of Maryland on May 19, 2014 and is currently in briefing pending any opposition from the Defendants.

3. The documents withheld or redacted that are referenced in Plaintiff's Motion to Compel contain discoverable information that are critical to a full and complete defense of Defendants' Motion for Summary Judgment

_____
Ranjith Keerikkattil

Sworn and subscribed before me this __3rd__ day of __June__, 2014.

_____
Notary Public

My commission expires __March 10, 2018__.

GABRIELLA LOVE RIDGELY
Notary Public
Carroll County
Maryland
My Commission Expires Mar 10, 2018

2